EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Oscar García Palacios | 2019 TSPR 183<br><br>203 DPR _____ |

Número del Caso:  TS-3363


Fecha:  15 de agosto de 2019


Programa de Educación Jurídica Continua:

    Lcda. María C. Molinelli González
    Directora Ejecutiva


Materia:  La suspensión será efectiva el 9 de septiembre de 2019, fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Oscar García Palacios                    3363


RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de agosto de 2019.

El 16 de junio de 2017, este Tribunal estableció un periodo de exoneración para el pago de multas por cumplimiento tardío que se extendió desde el 1 de julio de 2017 hasta el 30 de junio de 2018. In re Exoneración Multas Reglamento PEJC, 198 DPR 430 (2017). Culminado ese periodo, el Programa de Educación Jurídica Continua (PEJC) inició una evaluación en aras de referir a este Tribunal los miembros de la profesión legal que aún estaban en incumplimiento. A esos efectos, en diciembre de 2018 el PEJC nos refirió una gran cantidad de abogados y abogadas que habían incumplido los periodos que comenzaron desde el 1 de febrero de 2011 al 1 de junio de 2013 y cuya fecha de vencimiento fue entre el 31 de enero de 2013 al 31 de mayo de 2015.

El 9 de enero de 2019, emitimos una Resolución concediéndoles un término de 20 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos del PEJC y por no comparecer ante el Programa cuando se les requirió. Ante la incomparecencia de varios abogados y abogadas, el 3 de mayo de 2019 les concedimos un término adicional de 10 días para que mostraran causa por la cual no se les debía suspender del ejercicio de la abogacía por incumplir con los requisitos del PEJC.

En lo pertinente, el Lcdo. Oscar García Palacios fue uno de los profesionales del Derecho que el PEJC refirió. En vista de que aún no ha comparecido, ordenamos su suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal.

Se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberá además informar inmediatamente de su suspensión a los foros judiciales y administrativos en que tenga asuntos pendientes. Por último, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se le reinstale cuando lo solicite.

Se ordena al Alguacil de este Tribunal a incautar la obra protocolar y el sello notarial del licenciado García Palacios y entregarlo al Director de la Oficina de Inspección de Notarías para el examen e informe correspondiente a este foro.

De haberse incautado previamente la obra protocolar y el sello notarial, el Director de la Oficina de Inspección de Notarías, Lcdo. Manuel E. Ávila De Jesús, mantendrá custodia de estos hasta que este Tribunal ordene lo contrario. Asimismo, la fianza notarial queda cancelada automáticamente. No obstante, se considerará buena y válida por tres años después de su terminación dado los actos realizados por el licenciado García Palacios durante el periodo en que la misma estuvo vigente.

Notifíquese inmediatamente y publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.


                                        José Ignacio Campos Pérez
                                        Secretario del Tribunal Supremo